**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Martin GARAY–ACEVEDO,**
**Defendant–Appellant.**

**No. 13–41072**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 18, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

Jose Martin Garay–Acevedo pleaded guilty to one count of attempted illegal reentry after a previous deportation and received a within-guidelines sentence of 24 months in prison. On appeal, Garay–Acevedo argues only that the written judgment incorrectly states that his offense of conviction is illegal reentry rather than attempted illegal reentry. He requests a remand to correct the judgment. The conviction and sentence imposed by the district court are AFFIRMED. However, we REMAND to the district court for the limited purpose of correcting the judgment to reflect the correct offense of conviction.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.